IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01990-MSK-KMT

SUNRISE MEDICAL HHG, INC., a California Corporation,

    Plaintiff,

v.

SALLY GIAMPAPA,

    Defendant.

## ORDER

    This matter is before the court on an "Unopposed Motion to Withdraw as Counsel of Record" filed by Michael A. Friemann of Littler Mendelson P.C. [Doc. No. 41 filed May 28, 2008].

    Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 41] is GRANTED. Attorney Friemann is relieved of any further representation of Plaintiff in the above captioned matter. The Clerk of Court is instructed to remove Mr. Friemann from the electronic certificate of mailing.

    Dated this 29th day of May, 2008.

                                                      BY THE COURT

                                                      s/Kathleen M. Tafoya
                                                      KATHLEEN M. TAFOYA
                                                      United States Magistrate Judge